# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MANUEL JIMENEZ,
        Plaintiff,

      v.

M & L CLEANING, INC.,
JOHN MELIA,
        Defendants.

Case No. 3:19-cv-00078 (KAD)

## **DEFAULT JUDGMENT**

The Defendants, having failed to plead, and default under Fed. R. Civ. P. 55(a) having been entered on May 20, 2020; and the Plaintiff having filed a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b), and the Court having granted Plaintiff's motion; it is hereby

ORDERED, ADJUDGED and DECREED that, consistent with the Court's order, default judgment be and is hereby entered against the Defendants and in favor of the Plaintiff for a sum certain of $52,635.84 with post judgment interest as allowed by law and the case is closed.

                  ROBIN D. TABORA, CLERK

                  By:   /s/ Kristen Gould
                          Kristen Gould
                          Deputy Clerk

EOD: 11/1/2021